## WOODRUFF vs. BRICE & McLEAN.

Abuse in the *number* of pleas interposed will be corrected on motion.

To a declaration in assumpsit the defendant pleaded *seven* distinct pleas of *set-off*, and added a general notice of set-off. The plaintiff moved to strike out *six* of the pleas.

By the Court. The statute allows a defendant to plead as many pleas as he thinks proper, but the court are not thereby deprived of their common law jurisdiction to prevent an abuse of the statute, and to save the records of the court from being encumbered with useless matter. Motion granted.

[513]          ## FITCH vs. FITCH.

A *prochein ami* should be appointed previous to the issuing of a *capias* at the suit of an infant; but the proceedings will not be set aside if an appointment be made previous to the motion, and the costs of the motion be paid.

A CAPIAS was issued at the suit of the plaintiff, who is an *infant*, previous to the appointment of a *next friend*, and on this ground a motion was made to set aside the proceedings. (2 *R. S.* 446, § 2.) It appearing, however, that since the commencement of the suit a next friend had been appointed, the motion was denied, but the costs of the motion were directed to be paid by the plaintiff's attorney.

## DAY and others vs. GALLUP.

A *certiorari* to remove a cause from the common pleas, cannot be issued after one trial had in that court.

IN this case a *certiorari* to remove the cause into this court from a court of common pleas, was filed after a trial had been had and a new trial granted. The court quashed the writ, on the ground that the statute on this subject manifestly requires diligence in a party who wishes to remove a cause by *certiorari*, and that *after one trial had* it is too late to remove the cause.

## HOFFMAN vs. LOOMIS.

WHERE a party obtains an order enlarging the time to make a *case*, for twenty days, he must serve the order within four days after the rendition of the verdict; and even then the party obtaining the verdict may proceed to enter judgment, unless he is also served with an order to stay.